Casey Rafael TYLER, Plaintiff–Appellant,

v.

Oliver WASHINGTON, Defendant–Appellee.

No. 15–6642.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 24, 2015.

Casey Rafael Tyler, Appellant Pro Se.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's order denying as moot his motion to amend his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tyler v. Washington,* No. 5:14–ct–03126–H (E.D.N.C. Apr. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*